# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7071 | **DATE** | 1/9/2008 |
| **CASE TITLE** | Daryl Richie (#08780-424) vs. Director of Bureau of Prisons, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's duplicative motion for leave to proceed *in forma pauperis* [#6] is denied as moot. *See* Minute Order of December 26, 2007.

■ [**Docketing to mail notices.**]

mjm