Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7071 | DATE | 11 January 2008 |
| CASE TITLE | Daryl Richie (#08780-424) vs. Director of Bureau of Prisons, et al. | | |

**DOCKET ENTRY TEXT:**

An individual contacted chambers on the plaintiff's behalf to notify the court of a change in the plaintiff's address. The Clerk is directed to update the docket to reflect that the plaintiff's new address is Post Office Box 33 / Terre Haute, Indiana 47802. On the court's own motion, the plaintiff is granted an extension of time until February 20, 2008, to: (1) either file a properly completed *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or pay the full $350 filing fee; and (2) submit a proposed amended complaint (along with a judges copy and service copies). *See* Minute Order of December 26, 2007. Failure of the plaintiff to comply with these directives by February 20, 2008, will result in summary dismissal of this case. The clerk is directed to send the plaintiff a copy of the court's prior order, an *in forma pauperis* application, an amended complaint form, and instructions along with a copy of this order.

■ [Docketing to mail notices.]

mjm