FILED MHW

FEB 1 1 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

DARYL RICHIE
Plaintiff

v.

_____
Defendant(s)

CASE NUMBER  07 C 7071

JUDGE ROBERT W. GETTLEMAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, DARYL RICHIE, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # 08780-424   Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: 5.25 A MONTH

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: ABOUT 15 TO $20.00 A MONTH
   Name and address of employer: U.S.P. TERRE HAUTE

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount _____ Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                         ☐ Yes    ☒ No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount_____ Received by_____

    f.    ☐ Any other sources (state source:_____)    ☐ Yes    ☒ No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                         ☐ Yes    ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __1-_____

_____*Daryl Richie*_____
Signature of Applicant

_____DARYL RICHIE_____
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __DARYL Richie__, I.D.# __08780-424__, has the sum of $ __42.58__ on account to his/her credit at (name of institution) __USP Terre Haute, IN__. I further certify that the applicant has the following securities to his/her credit: __N/A__. I further certify that during the past six months the applicant's average ~~monthly deposit~~ DAILY BALANCE was $ __43.06__. (Add all deposits from all sources and then divide by number of months).

__1-29-08__
DATE

_____Randy A. Duerlinger, Counselor_____
SIGNATURE OF AUTHORIZED OFFICER

_____Randy A. Duerlinger_____
(Print name)

rev. 10/10/2007

-3-



# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08780424 | Current Institution: | Terre Haute FCI |
| Inmate Name: | RICHIE, DARYL | Housing Unit: | THP-A-B |
| Report Date: | 01/29/2008 | Living Quarters: | A02-127U |
| Report Time: | 2:21:36 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

- Administrative Hold Indicator: No
- No Power of Attorney: No
- Never Waive NSF Fee: No
- Max Allowed Deduction %: 100
- PIN: 6044
- PAC #: 481581244
- FRP Participation Status: Participating
- Arrived From: CCC
- Transferred To:
- Account Creation Date: 7/18/2005
- Local Account Activation Date: 1/11/2008 5:28:13 AM
- Sort Codes:
- Last Account Update: 1/28/2008 12:14:55 PM
- Account Status: Active
- Phone Balance: $1.15

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

- Account Balance: $42.58
- Pre-Release Balance: $0.00
- Debt Encumbrance: $0.00
- SPO Encumbrance: $0.00
- Other Encumbrances: $0.00
- Outstanding Negotiable Instruments: $0.00
- Administrative Hold Balance: $0.00
- Available Balance: $42.58
- National 6 Months Deposits: $605.00
- National 6 Months Withdrawals: $632.56
- National 6 Months Avg Daily Balance: $43.66
- Local Max. Balance - Prev. 30 Days: $50.58
- Average Balance - Prev. 30 Days: $24.03

## Commissary History

### Purchases

Validation Period Purchases: $11.90
YTD Purchases: $11.90
Last Sales Date: 1/16/2008 1:39:29 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $7.80
Remaining Spending Limit: $282.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2008 11:59:17 AM | 08780424 | RICHIE, DARYL | THP | THA5134 | Inmate Co-pay | ($2.00) | HICP0108 | | | $2.58 |
| 01/24/2008 10:52:30 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0124 | | | $4.58 |
| 01/23/2008 06:15:54 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0123 | | | $5.58 |
| 01/23/2008 11:03:25 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0123 | | | $6.58 |
| 01/22/2008 07:11:42 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0122 | | | $7.58 |
| 01/22/2008 10:41:10 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0122 | | | $8.58 |
| 01/21/2008 05:47:45 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0121 | | | $9.58 |
| 01/21/2008 09:20:15 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0121 | | | $10.58 |
| 01/20/2008 03:33:51 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($2.00) | TFN0120 | | | $11.58 |
| 01/20/2008 07:05:46 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($2.00) | TFN0120 | | | $13.58 |
| 01/19/2008 03:09:21 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0119 | | | $15.58 |
| 01/19/2008 06:48:19 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0119 | | | $16.58 |
| 01/18/2008 07:59:41 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0118 | | | $17.58 |
| 01/18/2008 10:50:47 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0118 | | | $18.58 |
| 01/17/2008 11:10:59 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($3.00) | TFN0117 | | | $19.58 |
| 01/17/2008 07:00:40 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0117 | | | $22.58 |
| 01/16/2008 01:39:29 PM | 08780424 | RICHIE, DARYL | THP | THA0576 | Sales | ($11.90) | 73 | | | $23.58 |

WorkstationID: THA5BR5J61    UserID: THA8073    Page 1 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2008 11:41:15 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0116 | | | $35.48 |
| 01/16/2008 06:40:01 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0116 | | | $36.48 |
| 01/15/2008 03:06:25 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0115 | | | $37.48 |
| 01/15/2008 06:26:53 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($3.00) | TFN0115 | | | $38.48 |
| 01/15/2008 05:28:51 AM | 08780424 | RICHIE, DARYL | THP | AMSERVI | Lockbox - CD | $20.00 | 70199701 | | | $41.48 |
| 01/14/2008 03:37:54 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0114 | | | $21.48 |
| 01/14/2008 06:29:12 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0114 | | | $22.48 |
| 01/13/2008 12:30:04 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0113 | | | $23.48 |
| 01/13/2008 06:34:50 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0113 | | | $24.48 |
| 01/12/2008 01:39:00 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($2.00) | TFN0112 | | | $25.48 |
| 01/12/2008 11:17:03 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($1.00) | TFN0112 | | | $27.48 |
| 01/11/2008 01:29:42 PM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($2.00) | TFN0111 | | | $28.48 |
| 01/11/2008 06:22:37 AM | 08780424 | RICHIE, DARYL | THP | TP_PHON | Phone Withdrawal | ($2.00) | TFN0111 | | | $30.48 |
| 01/11/2008 05:28:13 AM | 08780424 | RICHIE, DARYL | THP | SENTRY | Transfer - In from TRUFACS | $32.48 | TX011108 | | | $32.48 |
| 01/11/2008 04:28:13 AM | 08780424 | RICHIE, DARYL | CCC | SENTRY | Transfer - Out to TRUFACS | ($32.48) | TX011108 | | | $0.00 |
| 01/11/2008 04:28:13 AM | 08780424 | RICHIE, DARYL | CCC | SENTRY | Phone Withdrawal | $0.13 | TFN0111 | | | $32.48 |
| 01/10/2008 07:46:37 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN0110 | | | $32.35 |
| 01/09/2008 08:57:15 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0109 | | | $34.35 |
| 01/09/2008 06:29:15 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0109 | | | $35.35 |

WorkstationID: THA5BR5J61      UserID: THA8073      Page 2 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/2008 03:10:02 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN0108 | | | $36.35 |
| 01/08/2008 06:28:58 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0108 | | | $38.35 |
| 01/07/2008 07:09:49 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN0107 | | | $39.35 |
| 01/07/2008 06:29:02 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0107 | | | $41.35 |
| 01/06/2008 01:39:37 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0106 | | | $42.35 |
| 01/06/2008 07:38:55 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0106 | | | $43.35 |
| 01/05/2008 08:49:18 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0105 | | | $44.35 |
| 01/05/2008 07:23:10 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0105 | | | $45.35 |
| 01/04/2008 08:08:07 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN0104 | | | $46.35 |
| 01/04/2008 06:45:46 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0104 | | | $48.35 |
| 01/04/2008 05:02:42 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Lockbox - CD | $25.00 | 70198902 | | | $49.35 |
| 01/03/2008 06:37:01 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN0103 | | | $24.35 |
| 01/03/2008 06:23:05 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0103 | | | $26.35 |
| 01/03/2008 05:05:13 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Lockbox - CD | $25.00 | 70198901 | | | $27.35 |
| 01/02/2008 01:47:03 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0102 | | | $2.35 |
| 01/02/2008 06:15:22 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0102 | | | $3.35 |
| 01/01/2008 08:32:43 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0101 | | | $4.35 |
| 01/01/2008 02:19:51 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN0101 | | | $5.35 |
| 12/31/2007 01:35:48 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($4.00) | TFN1231 | | | $6.35 |

WorkstationID: THA5BR5J61          UserID: THA8073          Page 3 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2007 06:15:09 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1231 | | | $10.35 |
| 12/30/2007 08:48:06 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1230 | | | $11.35 |
| 12/30/2007 07:22:54 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1230 | | | $12.35 |
| 12/29/2007 11:12:36 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1229 | | | $13.35 |
| 12/29/2007 07:17:24 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1229 | | | $14.35 |
| 12/28/2007 11:26:50 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1228 | | | $15.35 |
| 12/28/2007 06:13:37 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1228 | | | $18.35 |
| 12/27/2007 08:12:56 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1227 | | | $19.35 |
| 12/27/2007 07:02:58 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1227 | | | $20.35 |
| 12/26/2007 06:51:00 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1226 | | | $21.35 |
| 12/26/2007 06:23:08 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1226 | | | $23.35 |
| 12/25/2007 06:23:14 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1225 | | | $24.35 |
| 12/25/2007 08:27:15 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1225 | | | $26.35 |
| 12/24/2007 09:07:05 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1224 | | | $27.35 |
| 12/24/2007 09:30:18 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1224 | | | $28.35 |
| 12/23/2007 07:39:08 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1223 | | | $29.35 |
| 12/23/2007 05:54:18 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1223 | | | $30.35 |
| 12/22/2007 06:56:18 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1222 | | | $32.35 |
| 12/22/2007 07:46:57 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1222 | | | $34.35 |

WorkstationID: THA5BR5J61        UserID: THA8073        Page 4 of 14

Date: 01/24/2008  
Time: 1:04:18 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2007 07:09:03 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1221 | | | $35.35 |
| 12/21/2007 08:00:54 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1221 | | | $37.35 |
| 12/20/2007 09:16:30 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1220 | | | $38.35 |
| 12/20/2007 02:33:26 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1220 | | | $39.35 |
| 12/19/2007 09:29:40 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1219 | | | $42.35 |
| 12/19/2007 03:13:54 PM | 08780424 | RICHIE, DARYL | CCC | CCC1068 | Sales | ($5.05) | 138 | | | $43.35 |
| 12/19/2007 07:28:40 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1219 | | | $48.40 |
| 12/18/2007 09:13:23 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1218 | | | $49.40 |
| 12/18/2007 09:08:16 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1218 | | | $50.40 |
| 12/17/2007 09:49:57 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1217 | | | $51.40 |
| 12/17/2007 09:44:28 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1217 | | | $52.40 |
| 12/16/2007 09:17:53 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1216 | | | $53.40 |
| 12/16/2007 07:23:35 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1216 | | | $54.40 |
| 12/15/2007 06:29:06 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1215 | | | $59.40 |
| 12/15/2007 07:22:49 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1215 | | | $61.40 |
| 12/14/2007 07:47:22 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1214 | | | $62.40 |
| 12/14/2007 06:40:29 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1214 | | | $64.40 |
| 12/13/2007 01:22:44 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1213 | | | $65.40 |
| 12/13/2007 06:37:21 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1213 | | | $67.40 |

WorkstationID: THA5BR5J61  
UserID: THA8073  
Page 5 of 14

Date: 01/24/2008  
Time: 1:04:18 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2007 09:08:25 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1212 | | | $68.40 |
| 12/12/2007 07:29:36 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1212 | | | $69.40 |
| 12/11/2007 09:12:36 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1211 | | | $70.40 |
| 12/11/2007 07:23:53 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1211 | | | $71.40 |
| 12/10/2007 09:27:53 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1210 | | | $72.40 |
| 12/10/2007 07:04:28 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1210 | | | $73.40 |
| 12/09/2007 09:17:47 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1209 | | | $74.40 |
| 12/09/2007 07:53:03 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1209 | | | $75.40 |
| 12/08/2007 06:39:51 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1208 | | | $77.40 |
| 12/08/2007 07:46:51 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1208 | | | $79.40 |
| 12/08/2007 05:00:09 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Lockbox - CD | $50.00 | 70197301 | | | $80.40 |
| 12/07/2007 05:00:59 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1207 | | | $30.40 |
| 12/07/2007 07:22:30 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1207 | | | $31.40 |
| 12/06/2007 09:18:22 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1206 | | | $32.40 |
| 12/06/2007 07:30:42 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1206 | | | $33.40 |
| 12/05/2007 08:00:06 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1205 | | | $34.40 |
| 12/05/2007 07:23:39 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1205 | | | $36.40 |
| 12/04/2007 02:08:28 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1204 | | | $37.40 |
| 12/04/2007 07:03:43 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1204 | | | $39.40 |

WorkstationID: THA5BR5J61    UserID: THA8073    Page 6 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/2007 09:38:07 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1203 | | | $40.40 |
| 12/03/2007 07:21:56 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1203 | | | $42.40 |
| 12/02/2007 08:59:48 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1202 | | | $43.40 |
| 12/01/2007 05:48:30 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1201 | | | $45.40 |
| 12/01/2007 08:53:19 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1201 | | | $50.40 |
| 11/30/2007 05:11:52 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1130 | | | $53.40 |
| 11/30/2007 07:20:02 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1130 | | | $58.40 |
| 11/29/2007 06:10:12 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1129 | | | $59.40 |
| 11/29/2007 07:33:28 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1129 | | | $62.40 |
| 11/28/2007 09:16:37 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1128 | | | $63.40 |
| 11/28/2007 07:29:43 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1128 | | | $64.40 |
| 11/27/2007 06:01:20 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1127 | | | $65.40 |
| 11/27/2007 07:37:38 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1127 | | | $66.40 |
| 11/26/2007 09:33:41 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1126 | | | $67.40 |
| 11/26/2007 09:27:05 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1126 | | | $68.40 |
| 11/25/2007 09:38:53 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1125 | | | $69.40 |
| 11/25/2007 08:26:59 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1125 | | | $70.40 |
| 11/24/2007 11:06:24 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1124 | | | $71.40 |
| 11/24/2007 08:22:27 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1124 | | | $72.40 |

WorkstationID: THA5BR5J61    UserID: THA8073    Page 7 of 14

Date: 01/24/2008  
Time: 1:04:18 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/2007 11:12:55 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1123 | | | $73.40 |
| 11/23/2007 06:59:03 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($4.00) | TFN1123 | | | $74.40 |
| 11/22/2007 08:38:45 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1122 | | | $78.40 |
| 11/22/2007 07:15:39 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1122 | | | $79.40 |
| 11/21/2007 07:43:47 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1121 | | | $80.40 |
| 11/21/2007 08:26:04 AM | 08780424 | RICHIE, DARYL | CCC | CCC8484 | Sales | ($108.75) | 14 | | | $81.40 |
| 11/21/2007 07:22:43 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1121 | | | $190.15 |
| 11/20/2007 08:59:27 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1120 | | | $191.15 |
| 11/20/2007 06:28:49 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1120 | | | $192.15 |
| 11/19/2007 09:05:11 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1119 | | | $193.15 |
| 11/19/2007 03:06:32 PM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Western Union | $125.00 | 33303608 | | | $194.15 |
| 11/19/2007 06:30:17 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1119 | | | $69.15 |
| 11/18/2007 05:45:02 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1118 | | | $70.15 |
| 11/18/2007 08:28:42 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1118 | | | $71.15 |
| 11/17/2007 05:41:54 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1117 | | | $72.15 |
| 11/17/2007 08:40:50 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1117 | | | $73.15 |
| 11/16/2007 11:00:25 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1116 | | | $74.15 |
| 11/16/2007 07:30:17 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1116 | | | $75.15 |
| 11/15/2007 09:26:53 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1115 | | | $76.15 |

WorkstationID: THA5BR5J61    UserID: THA8073    Page 8 of 14

Date: 01/24/2008  
Time: 1:04:18 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2007 07:32:17 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1115 | | | $77.15 |
| 11/14/2007 09:13:41 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1114 | | | $78.15 |
| 11/14/2007 07:57:14 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1114 | | | $79.15 |
| 11/14/2007 06:43:12 AM | 08780424 | RICHIE, DARYL | CCC | CCC8484 | Sales | ($36.70) | 14 | | | $80.15 |
| 11/13/2007 09:21:40 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1113 | | | $116.85 |
| 11/13/2007 07:05:25 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1113 | | | $117.85 |
| 11/12/2007 09:14:41 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1112 | | | $120.85 |
| 11/12/2007 08:22:00 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1112 | | | $121.85 |
| 11/11/2007 09:18:44 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1111 | | | $122.85 |
| 11/11/2007 08:23:44 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1111 | | | $123.85 |
| 11/10/2007 07:58:25 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1110 | | | $124.85 |
| 11/10/2007 08:25:21 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1110 | | | $127.85 |
| 11/09/2007 11:13:48 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1109 | | | $128.85 |
| 11/09/2007 06:47:47 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1109 | | | $129.85 |
| 11/08/2007 09:24:55 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1108 | | | $130.85 |
| 11/08/2007 08:15:58 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1108 | | | $131.85 |
| 11/07/2007 06:45:07 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($3.00) | TFN1107 | | | $132.85 |
| 11/07/2007 08:39:14 AM | 08780424 | RICHIE, DARYL | CCC | CCC8484 | Sales | $3.35 | 61 | | | $135.85 |
| 11/07/2007 07:20:53 AM | 08780424 | RICHIE, DARYL | CCC | CCC8484 | Sales | ($16.90) | 50 | | | $132.50 |

WorkstationID: THA5BR5J61    UserID: THA8073    Page 9 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Facility: THA

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2007 06:39:56 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1107 | | | $149.40 |
| 11/06/2007 06:10:50 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1106 | | | $150.40 |
| 11/06/2007 07:37:25 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1106 | | | $152.40 |
| 11/06/2007 05:12:47 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Lockbox - CD | $50.00 | 70195101 | | | $153.40 |
| 11/05/2007 08:55:39 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1105 | | | $103.40 |
| 11/05/2007 08:50:14 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1105 | | | $104.40 |
| 11/04/2007 07:24:43 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1104 | | | $105.40 |
| 11/03/2007 03:38:44 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($14.00) | TFN1103 | | | $110.40 |
| 11/03/2007 10:03:48 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Western Union | $120.00 | 33302508 | | | $124.40 |
| 11/03/2007 07:21:36 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1103 | | | $4.40 |
| 11/02/2007 06:05:11 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1102 | | | $5.40 |
| 11/02/2007 06:15:58 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1102 | | | $6.40 |
| 11/01/2007 08:17:15 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1101 | | | $7.40 |
| 11/01/2007 07:42:24 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1101 | | | $8.40 |
| 10/31/2007 09:20:45 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1031 | | | $9.40 |
| 10/31/2007 06:45:49 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1031 | | | $10.40 |
| 10/30/2007 06:11:27 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1030 | | | $11.40 |
| 10/29/2007 05:16:53 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1029 | | | $12.40 |
| 10/29/2007 06:52:55 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1029 | | | $13.40 |

WorkstationID: THA5BR5161

UserID: THA8073

Page 10 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2007 07:46:01 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1028 | | | $14.40 |
| 10/28/2007 08:16:48 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1028 | | | $15.40 |
| 10/27/2007 08:05:45 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1027 | | | $16.40 |
| 10/27/2007 07:46:29 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1027 | | | $17.40 |
| 10/26/2007 06:40:03 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1026 | | | $18.40 |
| 10/26/2007 06:52:38 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1026 | | | $19.40 |
| 10/25/2007 01:43:37 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1025 | | | $20.40 |
| 10/25/2007 06:23:36 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1025 | | | $22.40 |
| 10/24/2007 08:29:11 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1024 | | | $23.40 |
| 10/24/2007 07:00:33 AM | 08780424 | RICHIE, DARYL | CCC | CCC1068 | Sales | ($70.65) | 2 | | | $24.40 |
| 10/24/2007 06:40:37 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1024 | | | $95.05 |
| 10/23/2007 05:44:03 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1023 | | | $96.05 |
| 10/23/2007 07:29:28 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1023 | | | $97.05 |
| 10/22/2007 06:07:17 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1022 | | | $98.05 |
| 10/22/2007 07:22:38 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1022 | | | $99.05 |
| 10/21/2007 09:37:36 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1021 | | | $100.05 |
| 10/21/2007 08:27:20 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1021 | | | $101.05 |
| 10/21/2007 05:07:13 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Lockbox - CD | $15.00 | 70194002 | | | $102.05 |
| 10/20/2007 10:40:05 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1020 | | | $87.05 |

WorkstationID: THA5BR5J61            UserID: THA8073            Page 11 of 14

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2007 02:43:56 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1020 | | | $88.05 |
| 10/19/2007 09:29:01 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1019 | | | $90.05 |
| 10/19/2007 06:29:55 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1019 | | | $95.05 |
| 10/19/2007 06:03:47 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Western Union | $100.00 | 33301508 | | | $100.05 |
| 10/17/2007 08:10:00 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1017 | | | $0.05 |
| 10/17/2007 06:29:19 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1017 | | | $1.05 |
| 10/16/2007 09:08:26 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1016 | | | $2.05 |
| 10/16/2007 07:10:00 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1016 | | | $3.05 |
| 10/15/2007 07:36:06 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1015 | | | $4.05 |
| 10/15/2007 06:46:29 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1015 | | | $5.05 |
| 10/14/2007 08:23:34 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1014 | | | $6.05 |
| 10/14/2007 07:37:28 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1014 | | | $7.05 |
| 10/13/2007 06:54:24 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1013 | | | $8.05 |
| 10/13/2007 07:46:47 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1013 | | | $9.05 |
| 10/12/2007 08:22:00 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1012 | | | $10.05 |
| 10/12/2007 06:23:05 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1012 | | | $11.05 |
| 10/11/2007 06:11:49 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1011 | | | $12.05 |
| 10/11/2007 06:16:13 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1011 | | | $13.05 |
| 10/10/2007 09:07:13 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1010 | | | $14.05 |

WorkstationID: THA5BR5J61  UserID: THA8073  Page 12 of 14

Date: 01/24/2008  
Time: 1:04:18 pm  

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: THA

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2007 07:13:48 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1010 | | | $15.05 |
| 10/09/2007 07:27:07 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($2.00) | TFN1009 | | | $16.05 |
| 10/09/2007 06:27:47 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1009 | | | $18.05 |
| 10/08/2007 08:48:29 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($1.00) | TFN1008 | | | $19.05 |
| 10/08/2007 07:04:25 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN1008 | | | $20.05 |
| 10/08/2007 05:08:34 AM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Lockbox - CD | $25.00 | 70193103 | | | $25.05 |
| 10/01/2007 06:51:13 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($10.00) | TFN1001 | | | $0.05 |
| 09/26/2007 07:24:52 AM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN0926 | | | $10.05 |
| 09/24/2007 09:54:39 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($5.00) | TFN0924 | | | $15.05 |
| 09/22/2007 06:21:14 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($10.00) | TFN0922 | | | $20.05 |
| 09/14/2007 07:07:54 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($10.00) | TFN0914 | | | $30.05 |
| 08/22/2007 08:29:57 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($10.00) | TFN0822 | | | $40.05 |
| 08/04/2007 06:11:55 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($10.00) | TFN0804 | | | $50.05 |
| 08/01/2007 03:53:30 PM | 08780424 | RICHIE, DARYL | CCC | TP_PHON | Phone Withdrawal | ($28.00) | TFN0801 | | | $60.05 |
| 07/31/2007 11:55:27 AM | 08780424 | RICHIE, DARYL | CCC | DataMig | Phone Rev With Rel | $28.04 | GITS2CNV | | | $88.05 |
| 07/29/2007 08:03:00 PM | 08780424 | RICHIE, DARYL | CCC | AMServic | Phone Withdrawal | ($10.00) | ITS0729 | | | $60.01 |
| 07/22/2007 07:28:50 AM | 08780424 | RICHIE, DARYL | CCC | AMServic | Phone Withdrawal | ($20.00) | ITS0722 | | | $70.01 |
| 07/10/2007 06:05:11 PM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Western Union | $50.00 | 33320207 | | | $90.01 |
| 07/06/2007 08:05:33 PM | 08780424 | RICHIE, DARYL | CCC | AMSERVI | Western Union | $40.00 | 33320007 | | | $40.01 |

WorkstationID: THA5BR5J61   UserID: THA8073   Page 13 of 14

Facility: THA

Date: 01/24/2008
Time: 1:04:18 pm

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

| Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Date/Time Inmate | | | | | | | | | |

Total Number Transactions: 245