IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARYL RICHIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 CV 7071 |
| v. | ) |
| | ) |
| DIRECTOR OF BUREAU OF PRISONS, et. al., | ) Honorable Robert Gettleman, |
| | ) Presiding. |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Daryl Richie, through his attorneys, Thomas Peters and Kevin Peters, states:

1. Plaintiff filed this <u>Bivens</u> action pro se on December 17, 2007 (Doc. No. 1) and on the same day he requested appointment of counsel. (Doc. No. 4)

2. The next day Plaintiff filed a motion seeking leave to proceed in forma pauperis.

3. On December 26, 2007, the Court struck the in forma pauperis motion with leave to re-file. (Doc. Nos. 8, 10)

4. On February 11, 2008, Plaintiff, still acting pro se, filed an Amended Complaint (Doc. No. 11) and he filed a renewed in forma pauperis motion (Doc. No. 12),

which was granted on February 15, 2008. (Doc. No. 13)

5. On April 1, 2008, the Court ordered Plaintiff to file an amended complaint within 30 days. (Doc. No. 15)

6. Plaintiff has requested that Thomas Peters and Kevin Peters represent him in this action and Thomas Peters and Kevin Peters have filed appearances on behalf of Plaintiff.

7. Plaintiff's counsel need 45 additional days to prepare a Second Amended Complaint.

8. Plaintiff is in custody in Terre Haute, Indiana and counsel will need time to arrange to meet with Plaintiff and identify the appropriate defendants.

WHEREFORE, Plaintiff prays the Court will grant an extension of time to and including June 15, 2008, to file a Second Amended Complaint.

Respectfully Submitted,

S/ Thomas Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022