IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DARYL RICHIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 07 CV 7071 |
| v. | ) |
| | ) |
| **DIRECTOR OF BUREAU OF PRISONS,** **et. al.**, | ) Honorable Robert Gettleman, |
| | ) Presiding. |
| | ) |
| **Defendants.** | ) |

### NOTICE OF MOTION

TO:   AUSA
    Civil Division
    219 S. Dearborn
    Chicago, IL 60605

   PLEASE TAKE NOTICE that on Tuesday, April 29, 2008, I shall appear before the Honorable Judge Robert Gettleman, in Room 1703 at 219 S. Dearborn, Chicago, Illinois, at 9:15 a.m., and then and there present the attached ***PLAINTIFF'S MOTION FOR EXTENSION OF TIME.***

                    S/ Thomas Peters
                    THOMAS PETERS
                    KEVIN PETERS
                    ATTORNEY FOR PLAINTIFFS
                    407 S. Dearborn, Suite 1675
                    Chicago, IL 60605
                    3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

     Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 23rd day of April, 2008.

                                                 S/ Thomas Peters