## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7071 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Daryl Richie    Vs    Director of B.O.P., et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for extension of time to file a second amended complaint is granted, to 6/16/2008.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|