### IN THE
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **DARYL RICHIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 07 CV 7071 |
| v. | ) |
| | ) |
| **DIRECTOR OF BUREAU OF PRISONS,** et. al., | ) Honorable Robert Gettleman, ) Presiding. |
| | ) |
| **Defendants.** | ) |

### NOTICE OF MOTION

TO:  AUSA
      Civil Division
      219 S. Dearborn
      Chicago, IL 60605

   PLEASE TAKE NOTICE that on Tuesday, July 8, 2008, I shall appear before the Honorable Judge Robert Gettleman, in Room 1703 at 219 S. Dearborn, Chicago, Illinois, at 9:15 a.m., and then and there present the attached ***PLAINTIFF'S MOTION FOR EXTENSION OF TIME.***

                                         S/ Thomas Peters
                                         THOMAS PETERS
                                         KEVIN PETERS
                                         ATTORNEY FOR PLAINTIFFS
                                         407 S. Dearborn, Suite 1675
                                         Chicago, IL 60605
                                         3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

    Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 24th day of June, 2008.

                                                         S/ Thomas Peters