**IN THE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DARYL RICHIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **No. 07 CV 7071** |
| **v.** | ) |
| | ) |
| **CALVIN FRIAR, SHATINA ROGERS,** | ) **Honorable Robert Gettleman,** |
| **ANDREA GRIEP, and MARIA** | ) **Presiding.** |
| **VELASQUEZ,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Daryl Richie, through his attorneys, Thomas Peters and Kevin Peters, states:

1.  Plaintiff filed this <u>Bivens</u> action pro se on December 17, 2007 (Doc. No. 1) and on the same day he requested appointment of counsel.  (Doc. No. 4)

2.  The next day Plaintiff filed a motion seeking leave to proceed in forma pauperis.

3.  On December 26, 2007, the Court struck the in forma pauperis motion with leave to re-file.  (Doc. Nos. 8, 10)

4.  On February 11, 2008, Plaintiff, still acting pro se, filed an Amended Complaint (Doc. No. 11) and he filed a renewed in forma pauperis motion (Doc. No. 12),

which was granted on February 15, 2008.  (Doc. No. 13)

5.  On April 1, 2008, the Court ordered Plaintiff to file an amended complaint within 30 days.  (Doc. No. 15)

6.  Plaintiff then contacted Thomas Peters and Kevin Peters and requested that they represent him in this action and Thomas Peters and Kevin Peters have filed appearances on behalf of Plaintiff.

7.  Thomas Peters and Kevin Peters filed their appearances in May, 2008, and requested additional time to file a new complaint.

8.  Plaintiff is in custody in Terre Haute, Indiana and counsel needed more time than originally expected to arrange to meet with Plaintiff and identify the appropriate Defendants.

9.  A copy of the proposed Second Amended Complaint is attached.

WHEREFORE, Plaintiff prays the Court will grant leave to file a Second Amended Complaint.


Respectfully Submitted,

S/ Kevin Peters_____
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022