IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DARYL RICHIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 07 CV 7071 |
| v. | ) |
| | ) |
| **CALVIN FRIAR, SHATINA ROGERS, ANDREA GRIEP, and MARIA VELASQUEZ,** | ) Honorable Robert Gettleman, Presiding. |
| | ) |
| **Defendants.** | ) |

## NOTICE OF MOTION

TO:  AUSA
    Civil Division
    219 S. Dearborn
    Chicago, IL 60605

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, I shall appear before the Honorable Judge Robert Gettleman, in Room 1703 at 219 S. Dearborn, Chicago, Illinois, at 9:15 a.m., and then and there present the attached ***PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT.***

    S/ Kevin Peters
THOMAS PETERS
KEVIN PETERS
ATTORNEY FOR PLAINTIFFS
407 S. Dearborn, Suite 1675
Chicago, IL 60605

1

3l2-697-0022

**CERTIFICATE OF ELECTRONIC SERVICE**

    Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 15th day of July, 2008.

                                         S/ Thomas Peters