# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7071 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Daryl Richie   vs   Calvin Friar | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to file a second amended complaint is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|