*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 07cv7071        Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

Amount Due:   ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                  ☐ Alias Summons
☐ Third Party Summons                      ☐ Lis Pendens
☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets              ☐ Other
☐ Writ _____                _____
   *(Type of Writ)*                        _____
                                           *(Type of issuance)*

2  Original and  0  copies on  07/28/08  as to  MARIA VELASQUEZ;
                              *(Date)*
CORRECTIONAL OFFICER SHATINA ROGERS