## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7071 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Daryl Richie   vs   Director | | |

**DOCKET ENTRY TEXT:**

Motion [4] to appoint counsel is denied without prejudice.
Motion [7] to appoint counsel is denied without prejudice.
Motion [26] to extend time is deemed moot.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|